U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 3 2009

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JASEN DONNELL GINS | CIVIL ACTION NO. 08-1475 |
| VERSUS | JUDGE ROBERT G. JAMES |
| J.B. EVANS CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Jasen Donnell Gins' Complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief can be granted.

MONROE, LOUISIANA, this 23 day of January, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE